**United States District Court**
**Western District of Pennsylvania**

**Jason Clover**,

            Plaintiff,

v.

**Tate & Kirlin Associates, Inc.**,

            Defendant.

**Case No. 2:20-cv-00555-LPL**

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 11, 2020        By: */s/ Amy L. B. Ginsburg*
                            Amy L. B. Ginsburg, Esquire
                            Kimmel & Silverman, P.C.
                            30 E. Butler Pike
                            Ambler, PA 19002
                            Phone: (215) 540-8888
                            Fax: (877) 788-2864
                            Email: aginsburg@creditlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of

the Notice of Settlement in the above-captioned matter, upon the Clerk of Court and counsel of

record via CM/ECF system.

Dated: September 11, 2020        By: *<u>/s/ Amy L. B. Ginsburg</u>*
                            Amy L. B. Ginsburg, Esquire
                            Kimmel & Silverman, P.C.
                            30 E. Butler Pike
                            Ambler, PA 19002
                            Phone: (215) 540-8888
                            Fax: (877) 788-2864
                            Email: aginsburg@creditlaw.com