UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JASON CLOVER,** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) Case No.: 2:20-cv-00555-LPL |
| v. | ) |
| | ) |
| **TATE & KIRLIN ASSOCIATES, INC.,** | ) |
| | ) |
| **Defendant** | ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: November 13, 2020          BY: */s/ Amy L.B. Ginsburg*
                                  Amy L.B. Ginsburg, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 East Butler Pike
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888 ext. 167
                                  Facsimile: (877) 600-2112
                                  Email: aginsburg@creditlaw.com
                                  Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2020, a true and correct copy of the foregoing pleading served via mail to the below:

David Shaver, Esq.
Surdyk, Dowd & Turner Co., L.P.A
1 Prestige Place
Suite 700
Miamisburg OH 45342
Phone: (937) 222-2333
Email:  dshaver@sdtlawyers.com
Attorney for the Defendant

*/s/ Amy L.B. Ginsburg*
Amy L.B. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888 ext. 167
Facsimile: (877) 600-2112
Email: aginsburg@creditlaw.com
Attorney for Plaintiff